UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

ERWIN SANTOS and
   SHEILA SANTOS

Case No.: 20-18001(SLM)
Chapter 7

### NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

Charles M. Forman, Chapter 7 Trustee, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the person named below not later 7 days before the hearing date.

| Address of the Clerk of the Court: | United States Bankruptcy Court |
|---|---|
|  | District of New Jersey |
|  | PO Box 1352 |
|  | Newark, NJ 07101-1352 |

If an objection is filed, a hearing will be held before the Honorable Stacey L. Meisel on April 20, 2021 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. 3A, United States Bankruptcy Court (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a Certification of No Objection and the settlement may be completed as proposed.

Nature of the Action: The Debtors own jewelry listed on their schedules as having a value of $10,800. The Debtors have claimed an exemption of $3,400.00.

Pertinent Terms of Settlement: The Debtors will pay the estate $5,000.00 with funds from their real property exemption in full settlement of the estate's interest in the jewelry in exchange for being permitted to retain the jewelry.

Objections must be served on, and requests for additional information directed to:

Name:              Erin J. Kennedy, Esq., Forman Holt
Address:          365 West Passaic Street, Suite 400, Rochelle Park, NJ 07652
Telephone No.:   (201) 845-1000

F0126722 - 1

United States Bankruptcy Court
District of New Jersey

In re:    Case No. 20-18001-SLM
Erwin Santos    Chapter 7
Sheila Santos
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 4
Date Rcvd: Mar 24, 2021    Form ID: pdf905    Total Noticed: 110

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Erwin Santos, Sheila Santos, 147 Ridge Rd., Apt. D, Cedar Grove, NJ 07009-2065 |
| aty | + | Forman Holt, 365 West Passaic Street, Suite 400, Rochelle Park, NJ 07662-3005 |
| r | + | Racelis Realty, Inc, 471 West Side Avenue, Jersey City, NJ 07304-1401 |
| 518879869 | + | 2A Marketing, 7313 Livingston Road, Oxon Hill, MD 20745-1723 |
| 518879870 | + | 71lbs.com, 7900 Nova Dr., Ste. 208, Fort Lauderdale, FL 33324-5821 |
| 518879871 | + | A Giminex Trading, 5 Wegmann Way, Oak Ridge, NJ 07438-9600 |
| 518879872 | + | Alley Property Management, 1764 51st Street, Brooklyn, NY 11204-1556 |
| 518879873 | | Altus Global Trade Solutions, Attn: Jennifer James, 2400 Vertans Blvd., Ste 300, Kenner, LA 70062 |
| 518879874 | | American Express, PO Box 297879, Fort Lauderdale, FL 33329-7879 |
| 518879875 | | American Express, Customer Service, P.O. Box 981535, El Paso, TX 79998-1535 |
| 519039314 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518879877 | + | Ariel Bulaon, 147 Boyd Ave, Jersey City, NJ 07304-1101 |
| 518879878 | + | B.H. Security, 10 Progress St., Union, NJ 07083-8115 |
| 518879886 | ++ | BRYN MAWR FUNDING, 801 LANCASTER AVE, BRYN MAWR PA 19010-3305 address filed with court:, Bryn Mawr Funding, Division of Bryn Mawr Trust, PO Box 692, Bryn Mawr, PA 19010 |
| 518896241 | + | Barbara L Farley, Esquire, 13 Wilkins Avenue, Haddonfield, NJ 08033-2451 |
| 518879879 | + | Barbara L. Farley, Esq., 13 Wilkins Ave, Haddonfield, NJ 08033-2451 |
| 518879880 | + | Beacon Fire Protection, 41 Vreeland Ave., Totowa, NJ 07512-1120 |
| 518879881 | + | Benjamin Karfunkel, Esq., 1129 Bloomfield Ave., Suite 215, West Caldwell, NJ 07006-7155 |
| 518879882 | + | Berkley Bakeshop, 405 Raritan Ave, Highland Park, NJ 08904-2739 |
| 518879883 | + | Bibingkafe, 34 E. Somerset St., Raritan, NJ 08869-2109 |
| 518879885 | + | Bruce Gudin, Esq., Ehrlich, Petriello, Gudin & Plaza, 60 Park Pl., Suite 1016, Newark, NJ 07102-5504 |
| 518896242 | + | Bryn Mawr Equipment Finance, Inc., 13 Wilkins Avenue, Haddonfield, NJ 08033-2451 |
| 518879887 | + | Bumble Bee Trading, 4756 Chino Ave., Chino, CA 91710-5121 |
| 518879889 | + | Byline Financial Group, 2801 Lakeside Dr., Suite 212, Bannockburn, IL 60015-1200 |
| 518879888 | | Byline Financial Group, Bin 88205, Milwaukee, WI 53288-8205 |
| 519029017 | + | Camacho & Camacho, LLP, 4105 US Highway 1, Suite 12, Monmouth Junction, NJ 08852-2157 |
| 518879890 | + | Camtrade Enterprises, Inc., 2929 Whipple Road, Union City, CA 94587-1207 |
| 518879891 | + | Casa Victoria, 691 Newark Ave., Jersey City, NJ 07306-2803 |
| 518879892 | + | Cee Enterprises, Inc., 4201 Tonnelle Ave., North Bergen, NJ 07047-2430 |
| 518879897 | + | Chase Disney Rewards Visa, PO Box 1243, Charlotte, NC 28201-1243 |
| 518879899 | + | Christine's Bake Shop, 10 Race St., North Plainfield, NJ 07060-4839 |
| 518879900 | + | Cintas, 51 New England Ave., #5, Piscataway, NJ 08854-4117 |
| 518879904 | + | Daimler Trust (MB), 14372 Heritage Parkway, Fort Worth, TX 76177-3300 |
| 518879905 | + | Deborah Ashen, Esq., Byline Financial, Ashen/Faulkner, 217 N. Jefferson St., Suite 601, Chicago, IL 60661-1114 |
| 518879906 | + | Ecolab Food Safety Specialties, 1 Ecolab Pl., Saint Paul, MN 55102-2739 |
| 518879907 | + | Estate of Florentina Santos, 254 Columbia Ave, Jersey City, NJ 07307-3902 |
| 518879908 | + | Fedex, P.O. Box 371461, Pittsburgh, PA 15250-7461 |
| 518879909 | | Filstop, Inc., 683 Newark Ave, Jersey City, NJ 07306 |
| 518879910 | + | Fritze Bakeshop, 363 S. Wishington Ave., Bergenfield, NJ 07621-4311 |

Case 20-18001-SLM    Doc 33    Filed 03/26/21    Entered 03/27/21 00:20:23    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 24, 2021 | Form ID: pdf905 | Total Noticed: 110 |

| | | |
|---|---|---|
| 518879912 | + | GL Food Wholesale, 227 N. Hudson Ave., City of Industry, CA 91744-4408 |
| 518879911 | + | Gary Camacho, CPA, Camacho & Camacho LLP, 4105 US Highway 1 Suite 12, Monmouth Junction, NJ 08852-2157 |
| 518879913 | + | Glover's House of Sweets, 443 Baldwin Ave., Jersey City, NJ 07306-1515 |
| 519112371 | | Golden Fortune Import & Export Corp., Skiff Law Firm LLC, Whippany, NJ 07981 |
| 518879914 | | Golden Fortune Import & Expot Corp., 55 Hook Road, Front Bldg., Bayonne, NJ 07002-5006 |
| 518879915 | + | Gregory J. Skiff, Esq., Skiff Law Firm LLC, 28 Marlin Drive, Whippany, NJ 07981-1279 |
| 518879916 | + | Heike Borges, 109 Holster Rd., Clifton, NJ 07013-3938 |
| 518879917 | + | Hitachi Capital, 7808 Creekridge Circle, Suite 250, Edina, MN 55439-2647 |
| 518879918 | | Hitachi Capital America Corp., PO Box 1880, Minneapolis, MN 55480-1880 |
| 518879921 | | Isaac Rabovsky & Elisheva Lautman, 167 Mineral Spring Ave., Passaic, NJ 07055-2504 |
| 518879925 | + | JFC International, 55 Wildcat Way, Linden, NJ 07036-5800 |
| 519040050 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518879922 | + | Jacob B. Sellers, Esq., Greenstein Sellers PLLC, 825 Nicollet Mall, Suite 1648, Minneapolis, MN 55402-2705 |
| 518879923 | + | Jeffrey T. Testa, Esq., McCarter & English, LLP, Four Gateway Center, 100 Mulberry St, Newark, NJ 07102-4056 |
| 518879924 | + | Jennifer Santos, 802 Baltimore Ave, Roselle, NJ 07203-2310 |
| 518879928 | | LGR Consulting, 9 Gallop Lane, Suite A, Somerset, NJ 08873-5342 |
| 518879930 | + | LS Filipino Merchandising, 132 Allwood Pl., Clifton, NJ 07012-1252 |
| 518879926 | + | Lees Food Corp., 24-0 Commerce Rd., Fairfield, NJ 07004-1640 |
| 518879927 | + | Levin Property Management, PO Box 326, Plainfield, NJ 07061-0326 |
| 518879929 | + | Logwood Enterprises, 381 Armstrong Ave., Jersey City, NJ 07305-1301 |
| 518879931 | + | Mayon Grill, 569 West Side Ave., Jersey City, NJ 07304-1767 |
| 518879935 | + | Mr. Chin Bakeshop, 345 Passaic St., fl29.50, NJ 07055-5818 |
| 518879936 | + | Myra's Bakeshop, 71 Belleville Ave, Bloomfield, NJ 07003-5268 |
| 518879938 | + | Networks NYC, 200 Coolbaugh Road, East Stroudsburg, PA 18302-9548 |
| 518879942 | + | Orlando Marasigan, 265 3rd St., Clifton, NJ 07011-3240 |
| 518879947 | + | PSE&G, PO Box 14444, New Brunswick, NJ 08906-4444 |
| 518879943 | | Passaic Valley Water Commission, PO Box 11393, Newark, NJ 07101-4393 |
| 518879944 | + | Philippine Bread House, 530 Newark Ave., Jersey City, NJ 07306-1312 |
| 518879945 | | Philippine Foodtrade, PO Box 911307, Los Angeles, CA 90091-1236 |
| 518879946 | + | Pinex Trading Corp., 30331 Whipple Road, Union City, CA 94587-1526 |
| 518879948 | + | Ramar Foods International, 1101 Railroad Lane, Pittsburg, CA 94565-2641 |
| 518879949 | + | Santander Bank, PO Box 841002, Boston, MA 02284-1002 |
| 518879950 | + | Slomin's Alarm, 125 Lauman Lane, Hicksville, NY 11801-6539 |
| 518879951 | + | State of New Jersey, Division of Taxation, CN 249, Trenton, NJ 08602-0249 |
| 518879952 | + | Suez Water, c/o Jersey City MUA, 69 DeVoe Pl., Hackensack, NJ 07601-6105 |
| 518879953 | + | Sugar Joy Bakeshop, 1030 US Highway 22, North Plainfield, NJ 07060-6674 |
| 518879954 | + | Summit Import Corporation, 100 Summit Place, Jersey City, NJ 07305-4599 |
| 518879955 | + | Suzanne M. Klar, Esq., PSE&G, PO Box 570, Newark, NJ 07101-0570 |
| 518879960 | + | TS Electric, LLC, 1764 51st St., Brooklyn, NY 11204-1556 |
| 518879956 | + | Tienley Enterprises, Inc., 125-129 Chrystie St., New York, NY 10002-2810 |
| 518879957 | + | Tim Dehass, 81 Field Road, Clifton, NJ 07013-3336 |
| 518879959 | + | Trinity Automotive, Inc., 85 Route 17, Wood Ridge, NJ 07075-2441 |
| 518879962 | | US Bank, PO Box 6353, Fargo, ND 58125-7353 |
| 518879961 | + | United Food of Asia, 287 Vandervoort Ave., Brooklyn, NY 11211-1718 |
| 518879963 | + | Vasinee Food Corporation, 1247 Grand St., Brooklyn, NY 11211-1800 |
| 518879964 | # | Verizon, PO Box 4842, Trenton, NJ 08650-4842 |
| 518879965 | | Zero In, 9019, Hicksville, NY 11802 |

TOTAL: 86

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Mar 24 2021 23:55:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 24 2021 23:55:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518879884 | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 25 2021 00:52:33 | Bloomingdale's American Express, PO Box 8052, Mason, OH 45040-8052 |
| 518879901 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |

| ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 518879902 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 25 2021 00:27:40 | Citi Card, Customer Service, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 519042486 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 25 2021 00:27:44 | Citi Cards, PO Box 790046, Saint Louis, MO 63179-0046 |
| | | | Mar 25 2021 00:27:50 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 518879903 | + | Email/Text: documentfiling@lciinc.com | Mar 24 2021 21:37:00 | Comcast, One Comcast Center, Philadelphia, PA 19103-2899 |
| 519041534 | | Email/Text: bnc-quantum@quantum3group.com | Mar 24 2021 23:55:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518879919 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 24 2021 21:37:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518879893 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Mar 25 2021 00:27:04 | Chase, Mail Code 0H4-7399, PO Box 182613, Columbus, OH 43218 |
| 518879894 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Mar 25 2021 00:51:54 | Chase Bank, Mail Code LA4-6475, 700 Kansas Lane, Monroe, LA 71203 |
| 518879895 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Mar 25 2021 00:40:21 | Chase Bank, PO Box 78420, Phoenix, AZ 85062-8420 |
| 518879896 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Mar 25 2021 00:40:21 | Chase Disney Rewards Visa, Card Services, PO Box 15298, Wilmington, DE 19850 |
| 518879898 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Mar 25 2021 00:40:21 | Chase Visa, PO Box 1423, Charlotte, NC 28201-1423 |
| 518879932 | + | Email/Text: M74banko@daimler.com | Mar 24 2021 23:56:00 | Mercedes Benz Financial, PO Box 685, Roanoke, TX 76262-0685 |
| 518879933 | + | Email/Text: M74banko@daimler.com | Mar 24 2021 23:56:00 | Mercedes Benz Financial Services, PO Box 685, Roanoke, TX 76262-0685 |
| 518879934 | | Email/Text: M74banko@daimler.com | Mar 24 2021 23:56:00 | Mercedez Benz Credit Corporation, PO Box 685, Roanoke, TX 76262-0685 |
| 518879937 | | Email/Text: LITIGATION@NECLEASE.COM | Mar 24 2021 21:36:00 | NEC Financial Services, LLC, 250 Pehle Ave., Suite 203, Saddle Brook, NJ 07663 |
| 518879939 | | Email/Text: bnc@nordstrom.com | Mar 24 2021 21:37:32 | Nordstrom, PO Box 79137, Phoenix, AZ 85062-9137 |
| 518879940 | | Email/PDF: cbp@onemainfinancial.com | Mar 25 2021 00:26:20 | One Main Financial, Elmwood Center, 441 Market St., Elmwood Park, NJ 07407-3104 |
| 518879941 | + | Email/Text: bcwrtoff@cablevision.com | Mar 24 2021 23:56:00 | Optimum, 200 Jericho Quadrangle, Jericho, NY 11753-2701 |
| 518879958 | | Email/Text: jwells@tql.com | Mar 24 2021 23:56:00 | Total Quality Logistics, PO Box 634558, Cincinnati, OH 45263-4558 |
| 519104360 | + | Email/Text: jwells@tql.com | Mar 24 2021 23:56:00 | Total Quality Logistics, LLC, Attn: Joseph B. Wells, Corporate Counsel, 4289 Ivy Pointe Blvd., Cincinnati, OH 45245-0002 |
| 518879962 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Mar 24 2021 23:55:00 | US Bank, PO Box 6353, Fargo, ND 58125-7353 |
| 519065170 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Mar 25 2021 00:53:15 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 25

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

District/off: 0312-2 | User: admin | Page 4 of 4
Date Rcvd: Mar 24, 2021 | Form ID: pdf905 | Total Noticed: 110

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519039315 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519054530 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518879920 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Special Procedures, 955 So. Springfield Avenue, Springfield, NJ 07081 |
| 519016952 | *+ | JFC International Inc, 55 Wildcat Way, Linden, NJ 07036-5800 |
| 518879876 | ## | Ariana Brooks-James, 147-D Ridge Road, Cedar Grove, NJ 07009-2065 |

TOTAL: 0 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 26, 2021    Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles M. Forman | cforman@formanlaw.com lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com |
| Charles M. Forman | on behalf of Trustee Charles M. Forman cforman@formanlaw.com lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com |
| Denise E. Carlon | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Erin Kennedy | on behalf of Trustee Charles M. Forman ekennedy@formanlaw.com jkisla@formanlaw.com |
| Leonard C. Walczyk | on behalf of Joint Debtor Sheila Santos lwalczyk@wjslaw.com lwalczyk@ecf.inforuptcy.com;dmendez@ecf.inforuptcy.com |
| Leonard C. Walczyk | on behalf of Debtor Erwin Santos lwalczyk@wjslaw.com lwalczyk@ecf.inforuptcy.com;dmendez@ecf.inforuptcy.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7