| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| FORMAN HOLT<br>365 West Passaic Street, Suite 400<br>Rochelle Park, NJ 07662<br>(201) 845-1000<br>Attorneys for Charles M. Forman,<br>Chapter 7 Trustee<br>Erin J. Kennedy, Esq.<br>ekennedy@formanlaw.com |

**Order Filed on July 7, 2021
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In Re:<br><br>ERWIN SANTOS and SHEILA SANTOS,<br><br>                  Debtors. | Chapter 7<br><br>Case No. 20-18001 (SLM)<br><br>Judge:  Hon. Stacey L. Meisel<br><br>Hearing Date:  July 6, 2021<br>Hearing Time: 10:00 a.m. |

### ORDER GRANTING TRUSTEE'S FIRST
### OMNIBUS MOTION TO DISALLOW CLAIMS

The relief set forth on the following page, numbered two (2), be and hereby is

**ORDERED.**

**DATED: July 7, 2021**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

F0130177 - 1

Page 2
Debtors:   Erwin Santos and Sheila Santos
Case No.   20-18001 (SLM)
Caption:   Order Granting Trustee's First Omnibus Motion to Disallow Claims

---

Upon the first omnibus motion of Charles M. Forman, chapter 7 trustee (the "Trustee") for the estate of Erwin Santos and Sheila Santos (the "Debtors"), for the entry of an order disallowing certain claims; and all parties in interest having received an opportunity for notice and a hearing; and the Court having considered all objections, if any, and for good cause shown, it is hereby

**ORDERED** that the claims set forth on <u>Exhibit A</u> attached hereto be and hereby are disallowed and expunged in their entirety.

F0130177 - 1

## EXHIBIT A

### (Disallowed Claims)

| Claimant | Claim No. |
|---|---|
| Philippine Bread House | 4 |
| LGR Consulting | 6 |
| TS Electric, LLC | 9 |
| G.L. Food Wholesale, Inc. | 15 |
| Total Quality Logistics, LLC | 18 |

F0130177 - 1