UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

FORMAN HOLT
365 West Passaic Street, Suite 400
Rochelle Park, NJ 07662
(201) 845-1000
Attorneys for Charles M. Forman,
Chapter 7 Trustee
Erin J. Kennedy, Esq.
ekennedy@formanlaw.com

Order Filed on July 7, 2021
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:

ERWIN SANTOS and SHEILA SANTOS,

　　　　　　　　Debtors.

Chapter 7

Case No. 20-18001 (SLM)

Judge: Hon. Stacey L. Meisel

Hearing Date: July 6, 2021
Hearing Time: 10:00 a.m.

**ORDER GRANTING TRUSTEE'S FIRST
OMNIBUS MOTION TO DISALLOW CLAIMS**

　　The relief set forth on the following page, numbered two (2), be and hereby is

**ORDERED.**

**DATED: July 7, 2021**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

F0130177 - 1

Page 2
Debtors:    Erwin Santos and Sheila Santos
Case No.    20-18001 (SLM)
Caption:    Order Granting Trustee's First Omnibus Motion to Disallow Claims

_____

Upon the first omnibus motion of Charles M. Forman, chapter 7 trustee (the "Trustee") for the estate of Erwin Santos and Sheila Santos (the "Debtors"), for the entry of an order disallowing certain claims; and all parties in interest having received an opportunity for notice and a hearing; and the Court having considered all objections, if any, and for good cause shown, it is hereby

**ORDERED** that the claims set forth on <u>Exhibit A</u> attached hereto be and hereby are disallowed and expunged in their entirety.

F0130177 - 1

# EXHIBIT A

## (Disallowed Claims)

| Claimant | Claim No. |
|---|---|
| Philippine Bread House | 4 |
| LGR Consulting | 6 |
| TS Electric, LLC | 9 |
| G.L. Food Wholesale, Inc. | 15 |
| Total Quality Logistics, LLC | 18 |

F0130177 - 1

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 20-18001-SLM

Erwin Santos                                                                                 Chapter 7

Sheila Santos

    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 07, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Erwin Santos, Sheila Santos, 147 Ridge Rd., Apt. D, Cedar Grove, NJ 07009-2065 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2021                                  Signature:           /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles M. Forman | cforman@formanlaw.com  lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com |
| Charles M. Forman | on behalf of Trustee Charles M. Forman cforman@formanlaw.com lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com |
| Denise E. Carlon | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Erin Kennedy | on behalf of Trustee Charles M. Forman ekennedy@formanlaw.com  jkisla@formanlaw.com |
| Leonard C. Walczyk | on behalf of Joint Debtor Sheila Santos lwalczyk@wjslaw.com  lwalczyk@ecf.inforuptcy.com;dmendez@ecf.inforuptcy.com |

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Jul 07, 2021 | Form ID: pdf903 | Total Noticed: 1

Leonard C. Walczyk
    on behalf of Debtor Erwin Santos lwalczyk@wjslaw.com  lwalczyk@ecf.inforuptcy.com;dmendez@ecf.inforuptcy.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7