Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  20−18001−SLM
Chapter:  7
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Erwin Santos | Sheila Santos |
| 147 Ridge Rd. | 147 Ridge Rd. |
| Apt. D | Apt. D |
| Cedar Grove, NJ 07009 | Cedar Grove, NJ 07009 |

Social Security No.:
   xxx−xx−8145                                              xxx−xx−4720

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Stacey L. Meisel on:

Date:        11/2/21
Time:        02:30 PM
Location:    Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Forman Holt, Trustee's Attorney,

COMMISSION OR FEES
$28,782.50

EXPENSES
$2,241.59

If this is a chapter 13 case, the fees and expenses awarded:

☐    will not reduce the amount to be paid to general unsecured
     creditors under the plan.

☐    will reduce the amount to be paid to general unsecured
     creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: September 23, 2021
JAN: rah

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                           Case No. 20-18001-SLM
Erwin Santos                                                                                     Chapter 7
Sheila Santos
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2                    User: admin                    Page 1 of 4
Date Rcvd: Sep 23, 2021            Form ID: 137               Total Noticed: 109

The following symbols are used throughout this certificate:
**Symbol**   **Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++  Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#  Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#  Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Erwin Santos, Sheila Santos, 147 Ridge Rd., Apt. D, Cedar Grove, NJ 07009-2065 |
| aty | + | Forman Holt, 365 West Passaic Street Suite 400, Rochelle Park, NJ 07662-3005 |
| r | + | Racelis Realty, Inc, 471 West Side Avenue, Jersey City, NJ 07304-1401 |
| 518879869 | + | 2A Marketing, 7313 Livingston Road, Oxon Hill, MD 20745-1723 |
| 518879870 | + | 71lbs.com, 7900 Nova Dr., Ste. 208, Fort Lauderdale, FL 33324-5821 |
| 518879871 | + | A Giminex Trading, 5 Wegmann Way, Oak Ridge, NJ 07438-9600 |
| 518879872 | + | Alley Property Management, 1764 51st Street, Brooklyn, NY 11204-1556 |
| 518879873 | | Altus Global Trade Solutions, Attn: Jennifer James, 2400 Vertans Blvd., Ste 300, Kenner, LA 70062 |
| 518879874 | | American Express, PO Box 297879, Fort Lauderdale, FL 33329-7879 |
| 518879875 | | American Express, Customer Service, P.O. Box 981535, El Paso, TX 79998-1535 |
| 519039314 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518879877 | + | Ariel Bulaon, 147 Boyd Ave, Jersey City, NJ 07304-1101 |
| 518879878 | + | B.H. Security, 10 Progress St., Union, NJ 07083-8115 |
| 518879886 | ++ | BRYN MAWR FUNDING, 801 LANCASTER AVE, BRYN MAWR PA 19010-3305 address filed with court:, Bryn Mawr Funding, Division of Bryn Mawr Trust, PO Box 692, Bryn Mawr, PA 19010 |
| 518896241 | + | Barbara L Farley, Esquire, 13 Wilkins Avenue, Haddonfield, NJ 08033-2451 |
| 518879879 | + | Barbara L. Farley, Esq., 13 Wilkins Ave, Haddonfield, NJ 08033-2451 |
| 518879880 | + | Beacon Fire Protection, 41 Vreeland Ave., Totowa, NJ 07512-1120 |
| 518879881 | + | Benjamin Karfunkel, Esq., 1129 Bloomfield Ave., Suite 215, West Caldwell, NJ 07006-7155 |
| 518879882 | + | Berkley Bakeshop, 405 Raritan Ave, Highland Park, NJ 08904-2739 |
| 518879883 | + | Bibingkafe, 34 E. Somerset St., Raritan, NJ 08869-2109 |
| 518879885 | + | Bruce Gudin, Esq., Ehrlich, Petriello, Gudin & Plaza, 60 Park Pl., Suite 1016, Newark, NJ 07102-5504 |
| 518896242 | + | Bryn Mawr Equipment Finance, Inc., 13 Wilkins Avenue, Haddonfield, NJ 08033-2451 |
| 518879887 | + | Bumble Bee Trading, 4756 Chino Ave., Chino, CA 91710-5121 |
| 518879889 | + | Byline Financial Group, 2801 Lakeside Dr., Suite 212, Bannockburn, IL 60015-1200 |
| 518879888 | | Byline Financial Group, Bin 88205, Milwaukee, WI 53288-8205 |
| 519029017 | + | Camacho & Camacho, LLP, 4105 US Highway 1, Suite 12, Monmouth Junction, NJ 08852-2157 |
| 518879890 | + | Camtrade Enterprises, Inc., 2929 Whipple Road, Union City, CA 94587-1207 |
| 518879891 | + | Casa Victoria, 691 Newark Ave., Jersey City, NJ 07306-2803 |
| 518879892 | + | Cee Enterprises, Inc., 4201 Tonnelle Ave., North Bergen, NJ 07047-2430 |
| 518879897 | + | Chase Disney Rewards Visa, PO Box 1243, Charlotte, NC 28201-1243 |
| 518879899 | + | Christine's Bake Shop, 10 Race St., North Plainfield, NJ 07060-4839 |
| 518879900 | + | Cintas, 51 New England Ave., #5, Piscataway, NJ 08854-4117 |
| 518879904 | + | Daimler Trust (MB), 14372 Heritage Parkway, Fort Worth, TX 76177-3300 |
| 518879905 | + | Deborah Ashen, Esq., Byline Financial, Ashen/Faulkner, 217 N. Jefferson St., Suite 601, Chicago, IL 60661-1114 |
| 518879906 | + | Ecolab Food Safety Specialties, 1 Ecolab Pl., Saint Paul, MN 55102-2739 |
| 518879907 | + | Estate of Florentina Santos, 254 Columbia Ave, Jersey City, NJ 07307-3902 |
| 518879908 | + | Fedex, P.O. Box 371461, Pittsburgh, PA 15250-7461 |
| 518879909 | | Filstop, Inc., 683 Newark Ave, Jersey City, NJ 07306 |
| 518879910 | + | Fritze Bakeshop, 363 S. Wishington Ave., Bergenfield, NJ 07621-4311 |

| Recip ID | | Recipient |
|---|---|---|
| 518879912 | + | GL Food Wholesale, 227 N. Hudson Ave., City of Industry, CA 91744-4408 |
| 518879911 | + | Gary Camacho, CPA, Camacho & Camacho LLP, 4105 US Highway 1 Suite 12, Monmouth Junction, NJ 08852-2157 |
| 518879913 | + | Glover's House of Sweets, 443 Baldwin Ave., Jersey City, NJ 07306-1515 |
| 519112371 | | Golden Fortune Import & Export Corp., Skiff Law Firm LLC, Whippany, NJ 07981 |
| 518879914 | | Golden Fortune Import & Expot Corp., 55 Hook Road, Front Bldg., Bayonne, NJ 07002-5006 |
| 518879915 | + | Gregory J. Skiff, Esq., Skiff Law Firm LLC, 28 Marlin Drive, Whippany, NJ 07981-1279 |
| 518879916 | + | Heike Borges, 109 Holster Rd., Clifton, NJ 07013-3938 |
| 518879917 | + | Hitachi Capital, 7808 Creekridge Circle, Suite 250, Edina, MN 55439-2647 |
| 518879918 | | Hitachi Capital America Corp., PO Box 1880, Minneapolis, MN 55480-1880 |
| 518879921 | | Isaac Rabovsky & Elisheva Lautman, 167 Mineral Spring Ave., Passaic, NJ 07055-2504 |
| 518879925 | + | JFC International, 55 Wildcat Way, Linden, NJ 07036-5800 |
| 519040050 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518879922 | + | Jacob B. Sellers, Esq., Greenstein Sellers PLLC, 825 Nicollet Mall, Suite 1648, Minneapolis, MN 55402-2705 |
| 518879923 | + | Jeffrey T. Testa, Esq., McCarter & English, LLP, Four Gateway Center, 100 Mulberry St, Newark, NJ 07102-4056 |
| 518879924 | #+ | Jennifer Santos, 802 Baltimore Ave, Roselle, NJ 07203-2310 |
| 518879928 | | LGR Consulting, 9 Gallop Lane, Suite A, Somerset, NJ 08873-5342 |
| 518879930 | + | LS Filipino Merchandising, 132 Allwood Pl., Clifton, NJ 07012-1252 |
| 518879926 | + | Lees Food Corp., 24-0 Commerce Rd., Fairfield, NJ 07004-1640 |
| 518879927 | + | Levin Property Management, PO Box 326, Plainfield, NJ 07061-0326 |
| 518879929 | + | Logwood Enterprises, 381 Armstrong Ave., Jersey City, NJ 07305-1301 |
| 518879931 | + | Mayon Grill, 569 West Side Ave., Jersey City, NJ 07304-1767 |
| 518879935 | + | Mr. Chin Bakeshop, 345 Passaic St., f129.50, NJ 07055-5818 |
| 518879936 | + | Myra's Bakeshop, 71 Belleville Ave, Bloomfield, NJ 07003-5268 |
| 518879938 | + | Networks NYC, 200 Coolbaugh Road, East Stroudsburg, PA 18302-9548 |
| 518879942 | + | Orlando Marasigan, 265 3rd St., Clifton, NJ 07011-3240 |
| 518879947 | + | PSE&G, PO Box 14444, New Brunswick, NJ 08906-4444 |
| 518879944 | + | Philippine Bread House, 530 Newark Ave., Jersey City, NJ 07306-1312 |
| 518879945 | | Philippine Foodtrade, PO Box 911307, Los Angeles, CA 90091-1236 |
| 518879946 | + | Pinex Trading Corp., 30331 Whipple Road, Union City, CA 94587-1526 |
| 518879948 | + | Ramar Foods International, 1101 Railroad Lane, Pittsburg, CA 94565-2641 |
| 518879949 | + | Santander Bank, PO Box 841002, Boston, MA 02284-1002 |
| 518879950 | + | Slomin's Alarm, 125 Lauman Lane, Hicksville, NY 11801-6539 |
| 518879951 | + | State of New Jersey, Division of Taxation, CN 249, Trenton, NJ 08602-0249 |
| 518879952 | + | Suez Water, c/o Jersey City MUA, 69 DeVoe Pl., Hackensack, NJ 07601-6105 |
| 518879953 | + | Sugar Joy Bakeshop, 1030 US Highway 22, North Plainfield, NJ 07060-6674 |
| 518879954 | + | Summit Import Corporation, 100 Summit Place, Jersey City, NJ 07305-4599 |
| 518879955 | + | Suzanne M. Klar, Esq., PSE&G, PO Box 570, Newark, NJ 07101-0570 |
| 518879960 | + | TS Electric, LLC, 1764 51st St., Brooklyn, NY 11204-1556 |
| 518879956 | + | Tienley Enterprises, Inc., 125-129 Chrystie St., New York, NY 10002-2810 |
| 518879957 | + | Tim Dehass, 81 Field Road, Clifton, NJ 07013-3336 |
| 518879959 | + | Trinity Automotive, Inc., 85 Route 17, Wood Ridge, NJ 07075-2441 |
| 518879961 | + | United Food of Asia, 287 Vandervoort Ave., Brooklyn, NY 11211-1718 |
| 518879963 | + | Vasinee Food Corporation, 1247 Grand St., Brooklyn, NY 11211-1800 |
| 518879965 | | Zero In, 9019, Hicksville, NY 11802 |

TOTAL: 83

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 23 2021 20:26:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 23 2021 20:26:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518879884 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 23 2021 20:36:06 | Bloomingdale's American Express, PO Box 8052, Mason, OH 45040-8052 |
| 518879901 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 23 2021 20:36:06 | Citi Card, Customer Service, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 518879902 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

Case 20-18001-SLM    Doc 40    Filed 09/25/21    Entered 09/26/21 00:13:08    Desc Imaged
                              Certificate of Notice    Page 5 of 6

| District/off: 0312-2 | User: admin | Page 3 of 4 |
| --- | --- | --- |
| Date Rcvd: Sep 23, 2021 | Form ID: 137 | Total Noticed: 109 |

| | | | |
| --- | --- | --- | --- |
| 519042486 | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 23 2021 20:35:57 | Citi Cards, PO Box 790046, Saint Louis, MO 63179-0046 |
| 518879903 | + Email/Text: documentfiling@lciinc.com | Sep 23 2021 20:35:48 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519041534 | Email/Text: bnc-quantum@quantum3group.com | Sep 23 2021 20:26:00 | Comcast, One Comcast Center, Philadelphia, PA 19103-2899 |
| 518879919 | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 23 2021 20:26:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518879893 | Email/PDF: ais.chase.ebn@americaninfosource.com | Sep 23 2021 20:26:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518879894 | Email/PDF: ais.chase.ebn@americaninfosource.com | Sep 23 2021 20:36:03 | Chase, Mail Code 0H4-7399, PO Box 182613, Columbus, OH 43218 |
| 518879895 | Email/PDF: ais.chase.ebn@americaninfosource.com | Sep 23 2021 20:35:54 | Chase Bank, Mail Code LA4-6475, 700 Kansas Lane, Monroe, LA 71203 |
| 518879896 | Email/PDF: ais.chase.ebn@americaninfosource.com | Sep 23 2021 20:35:54 | Chase Bank, PO Box 78420, Phoenix, AZ 85062-8420 |
| 518879898 | Email/PDF: ais.chase.ebn@americaninfosource.com | Sep 23 2021 20:36:03 | Chase Disney Rewards Visa, Card Services, PO Box 15298, Wilmington, DE 19850 |
| 518879932 | + Email/Text: M74banko@daimler.com | Sep 23 2021 20:35:44 | Chase Visa, PO Box 1423, Charlotte, NC 28201-1423 |
| 518879933 | + Email/Text: M74banko@daimler.com | Sep 23 2021 20:26:00 | Mercedes Benz Financial, PO Box 685, Roanoke, TX 76262-0685 |
| 518879934 | Email/Text: M74banko@daimler.com | Sep 23 2021 20:26:00 | Mercedes Benz Financial Services, PO Box 685, Roanoke, TX 76262-0685 |
| 518879937 | Email/Text: LITIGATION@NECLEASE.COM | Sep 23 2021 20:26:00 | Mercedez Benz Credit Corporation, PO Box 685, Roanoke, TX 76262-0685 |
| 518879939 | Email/Text: bnc@nordstrom.com | Sep 23 2021 20:25:00 | NEC Financial Services, LLC, 250 Pehle Ave., Suite 203, Saddle Brook, NJ 07663 |
| 518879940 | Email/PDF: cbp@onemainfinancial.com | Sep 23 2021 20:26:53 | Nordstrom, PO Box 79137, Phoenix, AZ 85062-9137 |
| 518879941 | + Email/Text: bcwrtoff@cablevision.com | Sep 23 2021 20:35:44 | One Main Financial, Elmwood Center, 441 Market St., Elmwood Park, NJ 07407-3104 |
| 518879943 | Email/Text: cvozzella@pvwc.com | Sep 23 2021 20:26:00 | Optimum, 200 Jericho Quadrangle, Jericho, NY 11753-2701 |
| 518879958 | Email/Text: jwells@tql.com | Sep 23 2021 20:26:00 | Passaic Valley Water Commission, PO Box 11393, Newark, NJ 07101-4393 |
| 519104360 | + Email/Text: jwells@tql.com | Sep 23 2021 20:26:00 | Total Quality Logistics, PO Box 634558, Cincinnati, OH 45263-4558 |
| 518879962 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Sep 23 2021 20:26:00 | Total Quality Logistics, LLC, Attn: Joseph B. Wells, Corporate Counsel, 4289 Ivy Pointe Blvd., Cincinnati, OH 45245-0002 |
| 519065170 | + Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Sep 23 2021 20:26:00 | US Bank, PO Box 6353, Fargo, ND 58125-7353 |
| | | Sep 23 2021 20:35:57 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 26

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

District/off: 0312-2 | User: admin | Page 4 of 4
Date Rcvd: Sep 23, 2021 | Form ID: 137 | Total Noticed: 109

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | *+ | Forman Holt, 365 West Passaic Street, Suite 400, Rochelle Park, NJ 07662-3005 |
| 519039315 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519054530 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518879920 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Special Procedures, 955 So. Springfield Avenue, Springfield, NJ 07081 |
| 519016952 | *+ | JFC International Inc, 55 Wildcat Way, Linden, NJ 07036-5800 |
| 518879876 | ## | Ariana Brooks-James, 147-D Ridge Road, Cedar Grove, NJ 07009-2065 |
| 518879964 | ## | Verizon, PO Box 4842, Trenton, NJ 08650-4842 |

TOTAL: 0 Undeliverable, 5 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles M. Forman | cforman@formanlaw.com lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com |
| Charles M. Forman | on behalf of Trustee Charles M. Forman cforman@formanlaw.com lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com |
| Denise E. Carlon | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Erin Kennedy | on behalf of Trustee Charles M. Forman ekennedy@formanlaw.com jkisla@formanlaw.com |
| Erin Kennedy | on behalf of Attorney Forman Holt ekennedy@formanlaw.com jkisla@formanlaw.com |
| Leonard C. Walczyk | on behalf of Joint Debtor Sheila Santos lwalczyk@wjslaw.com lwalczyk@ecf.inforuptcy.com;dmendez@ecf.inforuptcy.com |
| Leonard C. Walczyk | on behalf of Debtor Erwin Santos lwalczyk@wjslaw.com lwalczyk@ecf.inforuptcy.com;dmendez@ecf.inforuptcy.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8