**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR DISTRICT OF NEW JERSEY**

In Re:

    Erwin Santos                                         CHAPTER 7

    Sheila Santos                                       CASE NO. 20-18001 - SLM

                    Debtor(s)

Order Filed on February 15, 2022
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

**ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES**

The relief set forth is hereby **ORDERED,**

**AND NOW**, this __15__ day of __February_____, 2022, upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is **ORDERED**, that the sum of $__27,711.70____ is reasonable compensation for the services in this case by Charles M. Forman, trustee; that such sum does not exceed the limitation prescribed by Section 326 of the Bankruptcy Code, that $__0.00_____ is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the Trustee.

**DATED: February 15, 2022**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

_____
Honorable Stacey L. Meisel
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

District of New Jersey

In re: | Case No. 20-18001-SLM
Erwin Santos | Chapter 7
Sheila Santos
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2
Date Rcvd: Feb 15, 2022      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 17, 2022:**

**Recip ID**     **Recipient Name and Address**
db/jdb     + Erwin Santos, Sheila Santos, 147 Ridge Rd., Apt. D, Cedar Grove, NJ 07009-2065

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2022      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 15, 2022 at the address(es) listed below:

**Name**     **Email Address**

Charles M. Forman
     cforman@formanlaw.com lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com

Charles M. Forman
     on behalf of Trustee Charles M. Forman cforman@formanlaw.com
     lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com

Denise E. Carlon
     on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING dcarlon@kmllawgroup.com
     bkgroup@kmllawgroup.com

Erin Kennedy
     on behalf of Trustee Charles M. Forman ekennedy@formanlaw.com jkisla@formanlaw.com

Erin Kennedy
     on behalf of Attorney Forman Holt ekennedy@formanlaw.com jkisla@formanlaw.com

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 15, 2022 | Form ID: pdf903 | Total Noticed: 1 |

Leonard C. Walczyk
    on behalf of Debtor Erwin Santos lwalczyk@wjslaw.com  lwalczyk@ecf.inforuptcy.com;dmendez@ecf.inforuptcy.com

Leonard C. Walczyk
    on behalf of Joint Debtor Sheila Santos lwalczyk@wjslaw.com  lwalczyk@ecf.inforuptcy.com;dmendez@ecf.inforuptcy.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8