Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  20−18001−SLM
Chapter:  7
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Erwin Santos | Sheila Santos |
| 147 Ridge Rd. | 147 Ridge Rd. |
| Apt. D | Apt. D |
| Cedar Grove, NJ 07009 | Cedar Grove, NJ 07009 |

Social Security No.:
  xxx−xx−8145                                          xxx−xx−4720

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Charles M. Forman is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: June 9, 2022

Stacey L. Meisel
Judge, United States Bankruptcy Court